

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

October 30, 2017

**VIA ECF, E-MAIL AND FIRST CLASS MAIL**

Geoffrey Potter, Esq.
Timothy A. Waters, Esq.
R. James Madigan III, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

    Re: *Abbott Laboratories et al. v. Matthew Frank*, 1:17-cv-06002-CBA-LB;
           Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike
           Plaintiffs' Complaint by Matthew Frank

Dear Mr. Potter:

This law firm represents defendant Matthew Frank in the above-referenced action. Enclosed, please find the Mr. Frank's Rule 12(b)(6) motion to dismiss the Plaintiffs' October 13, 2017 complaint against him (the "Complaint"), and Rule 12(f) motion to strike certain pleadings in the Complaint as further elaborated in the papers enclosed herewith. Pursuant to the Court's order on September 29, 2017, opposition papers, if any, shall be served by November 17, 2017.

In accordance with Judge Amon's Individual Practice Rules, Mr. Frank's motion papers are not being filed via ECF until this motion is fully briefed, on or before November 24, 2017.

                                                    Very truly yours,

                                                    GOTTLIEB & JANEY LLP

                                                    By: /s/ Derrelle M. Janey

                                                    Derrelle M. Janey

Encls. (via e-mail & first class mail only)